IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

IN RE: LINDA CHING YING WONG CHAN

_____/

No. C 08-80086 MISC. CW

ORDER DISMISSING MISCELLANEOUS CASE

    Linda Ching Ying Wong Chan has filed a request "to file a miscellaneous case for correcting [her] birth year from 1950 to 1946." However, Ms. Chan has not stated a federal cause of action. Based on the documents attached to the request, it appears that she actually seeks to have her naturalization certificate amended. In order to do so, Ms. Chan must file with the Court a petition on Form N-410, serve a copy of the petition on the district director of the USCIS and pay the proper filing fee. See 8 C.F.R. § 334.16(b); see also In re Jim Shai Dud Lee, 2007 U.S. Dist. LEXIS 25922 (N.D. Cal.). The filing fee for a Form N-410 is $50, which is to be paid to the USCIS; Ms. Chan has already paid the necessary filing fee to this Court. See 8 C.F.R. § 103.7(b)(1).

    Ms. Chan's request is dismissed with leave to amend. Within sixty days of the date of this order, Ms. Chan may re-file her request as a petition on the proper form (Form N-410).

    IT IS SO ORDERED.

Dated: 5/6/08

_____
CLAUDIA WILKEN
United States District Judge

UNITED STATES DISTRICT COURT
FOR THE
NORTHERN DISTRICT OF CALIFORNIA

IN RE LINDA CHING YING WONG CHAN et al,

Plaintiff,

Case Number: CV08-80086 CW

**CERTIFICATE OF SERVICE**

I, the undersigned, hereby certify that I am an employee in the Office of the Clerk, U.S. District Court, Northern District of California.

That on May 6, 2008, I SERVED a true and correct copy(ies) of the attached, by placing said copy(ies) in a postage paid envelope addressed to the person(s) hereinafter listed, by depositing said envelope in the U.S. Mail, or by placing said copy(ies) into an inter-office delivery receptacle located in the Clerk's office.

Linda Ching Ying Wong Chan
1035 Rosewood Way
Alameda, CA 94501

Dated: May 6, 2008

Richard W. Wieking, Clerk
By: Sheilah Cahill, Deputy Clerk

2