**RECEIVED**
**JUN - 6 2008**
RICHARD W. ~~WIEKING~~
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
OAKLAND

Department of Homeland Security
U.S. Citizenship and Immigration Services

N-410, Motion for Amendment
of Naturalization Application

In the _____ Court

of _____

at _____

See instructions on reverse side.

**IN THE MATTER**

Linda Ching Ying Weng Chan
to be admitted as a citizen of the United States

Application No.

C 08-80086 MISC. CW

Now comes your applicant and moves this Honorable Court for amendment of the above numbered application for Naturalization in the following respects: Linda Ching Ying Weng chan

The date of birth of record on my petition for naturalization was incorrectly reported. This was due to a clerical error which occurred when I fled from mainland China to Hong Kong in 1972. My actual birth date, February 11, 1946 was recorded as February 11, 1950. When I discovered the mistake I did not have any documents to show my actual birth year to have it corrected at the time. I applied for immigration to the US in 1973 as a refugee and only had my Hong Kong ID which showed my birth date being February 11, 1950 with no other document to show otherwise. I kept my birthday on record for my naturalization application in 1980 and I had sworn to my incorrect birth date during my naturalization process due to the fact that China and the US did not have friendly relations at the time and it was still not possible for me to provide the necessary documents to show my correct birth date.

Since then, I have been able to obtain a Chinese government issued verification of birth and a high school student ID from 1962-1965 that verified my date of birth. My younger sister's passport shows her birth date being on July 31, 1950 which is also part of my supporting documentation. In addition to that, I have my parents' notarized affidavit statement that supports my actual birth date. I would like to have my naturalization certificate amended to show my correct age. I have worked at the same company for 30 years and may be qualified to receive some retirement benefits when I reach my retirement age therefore getting my correct age on my naturalization certificate has become very important. I really feel that only you can help me in this matter and anything you can do would greatly help me. Thank you so much!

DATE June 3, 20 08                                    _____
                                                            (Signature)

JUN - 3 2008
Subscribed and sworn to before me this _____ day of _____, 20_____
at SAN FRANCISCO, CA.

_____
(USCIS Adjudications Officer) Supervisory Adjudications Officer

**ORDER OF COURT**

The Court being fully advised in the premises and upon motion of the applicant, IT IS HEREBY ORDERED that the amendment as prayed for be granted.

By the Court this _____ day of _____, 20_____

_____
Judge.

Form N-410 (Rev. 12/31/04) N