IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

IN RE: LINDA CHING YING WONG CHAN

_____/

No. C 08-80086 MISC. CW

ORDER DIRECTING PETITIONER TO FILE PROOF OF SERVICE

On May 5, 2008, the Court dismissed Linda Ching Ying Wong Chan's request "to file a miscellaneous case for correcting [her] birth year from 1950 to 1946" with leave to amend. The Court instructed that, if Ms. Chan sought to have her naturalization certificate amended, she must file with the Court a petition on Form N-410, serve a copy of the petition on the district director of the USCIS and pay the proper filing fee. See 8 C.F.R. § 334.16(b).

On June 6, 2008, Ms. Chan filed with the Court her Form N-410 petition signed by a USCIS Adjudications Officer and a photocopy of a check for $50 made out to the Department of Homeland Security. However, it does not appear that Ms. Chan has served the petition on the District Director of the USCIS.

If Ms. Chan has not served the District Director, she may do so by sending a copy of her petition via registered or certified mail to the following three individuals:

- Attorney General Michael Mukasey
  U.S. Department of Justice
  950 Pennsylvania Avenue, NW
  Washington, DC 20530-0001

- United States Attorney Joseph P. Russoniello
  450 Golden Gate Avenue, Box 36055
  San Francisco, CA 94102

- San Francisco District Director USCIS David Still
  630 Sansome Street
  San Francisco, CA 94111

In order to effect service on the District Director, Ms. Chan must serve all three of the individuals named above. <u>See</u> Fed. R. Civ. P. 4(i)(2) (providing instructions for serving a United States Agency).

Within one week of the date of this order, Plaintiff shall file proof that she has served the individuals named above. Once Petitioner has served the District Director, he shall have one week to respond to the request. Petitioner may file any reply to the District Director's response three days thereafter. The Court will take the petition under submission on the papers.

It appears from the papers submitted by Petitioner that she seeks an order from this Court to support her N565 Application for a New Naturalization Certificate. The Court notes that Petitioner's papers indicate that she must submit additional documentation in support of that application by July 9, 2008.

IT IS SO ORDERED.

Dated: 6/19/08

CLAUDIA WILKEN
United States District Judge

2

1  UNITED STATES DISTRICT COURT
   FOR THE
2  NORTHERN DISTRICT OF CALIFORNIA

4  IN RE LINDA CHING YING WONG CHAN et al,    Case Number: CV08-80086 CW

5  **CERTIFICATE OF SERVICE**

7  I, the undersigned, hereby certify that I am an employee in the Office of the Clerk, U.S. District Court, Northern District of California.

8  That on June 19, 2008, I SERVED a true and correct copy(ies) of the attached, by placing said copy(ies) in a postage paid envelope addressed to the person(s) hereinafter listed, by depositing said envelope in the U.S. Mail, or by placing said copy(ies) into an inter-office delivery receptacle located in the Clerk's office.

12 Linda Ching Ying Wong Chan
   1035 Rosewood Way
13 Alameda, CA 94501

14 Dated: June 19, 2008

   Richard W. Wieking, Clerk
15 By: Sheilah Cahill, Deputy Clerk

3