1

2

3

4                    IN THE UNITED STATES DISTRICT COURT

5            FOR THE NORTHERN DISTRICT OF CALIFORNIA

6                                              No. C 08-80086 MISC. CW
    IN RE: LINDA CHING YING WONG CHAN
7                                              ORDER DIRECTING
                                               PETITIONER TO FILE PROOF
8    _____/         OF SERVICE

9

10       On May 5, 2008, the Court dismissed Linda Ching Ying Wong

11   Chan's request "to file a miscellaneous case for correcting [her]

12   birth year from 1950 to 1946" with leave to amend.  The Court

13   instructed that, if Ms. Chan sought to have her naturalization

14   certificate amended, she must file with the Court a petition on

15   Form N-410, serve a copy of the petition on the district director

16   of the USCIS and pay the proper filing fee.  See 8 C.F.R.

17   § 334.16(b).

18       On June 6, 2008, Ms. Chan filed with the Court her Form N-410

19   petition signed by a USCIS Adjudications Officer and a photocopy of

20   a check for $50 made out to the Department of Homeland Security.

21   However, it does not appear that Ms. Chan has served the petition

22   on the District Director of the USCIS.

23       If Ms. Chan has not served the District Director, she may do

24   so by sending a copy of her petition via registered or certified

25   mail to the following three individuals:

26       •    Attorney General Michael Mukasey
              U.S. Department of Justice
27            950 Pennsylvania Avenue, NW
              Washington, DC 20530-0001

28

**United States District Court**
For the Northern District of California

**United States District Court**
For the Northern District of California

1  &bull;  United States Attorney Joseph P. Russoniello
450 Golden Gate Avenue, Box 36055
2  San Francisco, CA 94102

3  &bull;  San Francisco District Director USCIS David Still
630 Sansome Street
4  San Francisco, CA 94111

5  In order to effect service on the District Director, Ms. Chan must

6  serve all three of the individuals named above.  See Fed. R. Civ.

7  P. 4(i)(2) (providing instructions for serving a United States

8  Agency).

9  Within one week of the date of this order, Plaintiff shall

10 file proof that she has served the individuals named above.  Once

11 Petitioner has served the District Director, he shall have one week

12 to respond to the request.  Petitioner may file any reply to the

13 District Director's response three days thereafter.  The Court will

14 take the petition under submission on the papers.

15 It appears from the papers submitted by Petitioner that she

16 seeks an order from this Court to support her N565 Application for

17 a New Naturalization Certificate.  The Court notes that

18 Petitioner's papers indicate that she must submit additional

19 documentation in support of that application by July 9, 2008.

20 IT IS SO ORDERED.

21

22 Dated: 6/19/08

_____
23 CLAUDIA WILKEN
United States District Judge

24

25

26

27

28
                                    2

**United States District Court**
For the Northern District of California

1  UNITED STATES DISTRICT COURT
   FOR THE
2  NORTHERN DISTRICT OF CALIFORNIA

3

4  IN RE LINDA CHING YING WONG CHAN et
   al,                                            Case Number: CV08-80086 CW
                                        /
5                                                 **CERTIFICATE OF SERVICE**

6

7  I, the undersigned, hereby certify that I am an employee in the Office of the Clerk, U.S. District Court,
   Northern District of California.

8  That on June 19, 2008, I SERVED a true and correct copy(ies) of the attached, by placing said copy(ies)
   in a postage paid envelope addressed to the person(s) hereinafter listed, by depositing said envelope in
9  the U.S. Mail, or by placing said copy(ies) into an inter-office delivery receptacle located in the Clerk's
   office.
10

11

12  Linda Ching Ying Wong Chan
    1035 Rosewood Way
13  Alameda,  CA 94501

14  Dated: June 19, 2008
                                           Richard W. Wieking, Clerk
15                                         By: Sheilah Cahill, Deputy Clerk

16

17

18

19

20

21

22

23

24

25

26

27

28
                                              3