Linda Ching Ying Wong Chan
1035 Rosewood Way
Alameda, CA 94501
(510) 388-2223

CV08-80086 CW

**FILED**
JUN 23 2008
RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
OAKLAND

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

IN RE: LINDA CHING YING WONG CHAN

NO. C 08-80086 MISC. CW

ORDER DIRECTING PETITIONER TO FILE PROOF OF SERVICE

```
     05551600030AKLANDSTATIONB
           OAKLAND, California
                946123202
            0555110003 -0098
06/23/2008    (510)251-3396    02:55:13 PM

              Sales Receipt
Product        Sale   Unit        Final
Description    Qty    Price       Price

WASHINGTON DC 20530               $0.42
 Zone-8 First-Class
 Letter
 0.30 oz.
   Certified                      $2.70
   Label #:    70080150000258287531
                                ========
   Issue PVI:                     $3.12

SAN FRANCISCO CA 94111            $0.42
 Zone-1 First-Class
 Letter
 0.40 oz.
   Certified                      $2.70
   Label #:    70071490000387575410
                                ========
   Issue PVI:                     $3.12

SAN FRANCISCO CA 94102            $0.42
 Zone-1 First-Class
 Letter
 0.30 oz.
   Certified                      $2.70
   Label #:    70071490000387575403
                                ========
   Issue PVI:                     $3.12

Total:                            $9.36

Paid by:
 MasterCard                       $9.36
   Account #:     XXXXXXXXXXXX9146
   Approval #:    65461B
   Transaction #: 300
   23 903350619

Order stamps at USPS.com/shop or call
1-800-Stamp24.  Go to USPS.com/clicknship
to print shipping labels with postage.
For other information call 1-800-ASK-USPS.

Bill#: 1000201746756
Clerk: 18

   All sales final on stamps and postage.
   Refunds for guaranteed services only.
           Thank you for your business.
*******************************************
*******************************************
     * To learn more about our new
       competitive shipping prices,
          go to usps.com/business.
*******************************************
*******************************************


*******************************************
*******************************************
              PICK UP A FREE
           RECYCLING ENVELOPE
   Take an envelope to recycle your inkjet
   cartridge, cell phone or small electronics
              free of charge!
*******************************************
*******************************************


*******************************************
*******************************************
           HELP US SERVE YOU BETTER

        Go to: http://gx.gallup.com/pos

         TELL US ABOUT YOUR RECENT
```

C 08-80086 MISC. CW

**U.S. Postal Service™**
**CERTIFIED MAIL™ RECEIPT**
(Domestic Mail Only; No Insurance Coverage Provided)

| | | |
|---|---|---|
| Postage | $ | $0.42 |
| Certified Fee | | $2.70 |
| Return Receipt Fee (Endorsement Required) | | $0.00 |
| Restricted Delivery Fee (Endorsement Required) | | $0.00 |
| Total Postage & Fees | $ | $3.12 |

Postmark: OAKLAND CA'S~A B 94512-9998, JUN 23 2008

Sent To: United States Attorney Joseph P Russoniello
Street, Apt. No.; or PO Box No.: 450 Golden Gate Ave., Box 36055
City, State, ZIP+4: San Francisco, CA 94102

7007 1490 0003 8757 5403
PS Form 3800, August 2006

---

**U.S. Postal Service™**
**CERTIFIED MAIL™ RECEIPT**
(Domestic Mail Only; No Insurance Coverage Provided)

| | | |
|---|---|---|
| Postage | $ | $0.42 |
| Certified Fee | | $2.70 |
| Return Receipt Fee | | $0.00 |
| Restricted Delivery Fee | | $0.00 |
| Total Postage & Fees | $ | $3.12 |

06/23/2008

Sent To: David Still, San Francisco District Director USCIS
Street, Apt. No.; or PO Box No.: 630 Sansome St.,
City, State, ZIP+4: San Francisco, CA 94111

7007 1490 0003 8757 5410
PS Form 3800, August 2006

---

**U.S. Postal Service™**
**CERTIFIED MAIL™ RECEIPT**
(Domestic Mail Only; No Insurance Coverage Provided)

| | | |
|---|---|---|
| Postage | $ | $0.42 |
| Certified Fee | | $2.70 |
| Return Receipt Fee | | $0.00 |
| Restricted Delivery Fee | | $0.00 |
| Total Postage & Fees | $ | $3.12 |

06/23/2008

Sent To: Attorney General Michael Mukasey, U.S. Department of Justice
Street, Apt. No.; or PO Box No.: 950 Pennsylvania Ave., NW
City, State, ZIP+4: Washington, DC 20530-0001

7008 0150 0002 5828 7531
PS Form 3800, August 2006