1
2
3
4
5
6
7
8

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| MATTER OF LINDA CHING YING WONG CHAN | No. MC 08-80086 CW |
| | ORDER ON THE UNITED STATES' MOTION TO DISMISS |
| | Date: May 7, 2009<br>Time: 2:00 p.m.<br>Ctrm: 2 |

Until 1990, the federal district courts and state courts had original jurisdiction over applications for naturalization. Hernandez de Anderson v. Gonzales, 497 F.3d 927, 932 (9th Cir. 2007); see 8 U.S.C. § 1421(b) (West 1990). In 1990, Congress transferred that authority from the district courts to the United States Attorney General. Immigration Act of 1990, Pub. L. No. 101-649, § 401, 104 Stat. 4978, 5038; Hernandez de Anderson, 497 F.3d at 932. The Ninth Circuit has held that where a naturalization occurred prior to 1990, the naturalizing court has the authority to amend a naturalization certificate. See In re Lee, 2007 WL 926501, *2 (N.D. Cal. Mar. 26, 2008), citing Matter of Shrewsbury, 77 F.3d 490, 1996 WL 64988 (9th Cir. 1996).

Immigration law in effect prior to 1990 provided that the naturalization court "by or in which a person has been naturalized," could

> correct, reopen, alter, modify, or vacate its judgment or decree naturalizing such person, during the term of such court or within the time prescribed by the rules of procedure or statutes governing the jurisdiction of the court to take such action.

8 U.S.C. § 1451(i) (West 1990). Here, Petitioner was naturalized in the Alameda County Superior Court. CAR 45. Accordingly, only the Alameda County Superior Court has jurisdiction over Petitioner's request. 8 U.S.C. § 1451(i) (West 1990). This action shall be dismissed for lack of subject matter jurisdiction. This dismissal is without prejudice to Petitioner seeking relief in the

ORDER
No. MC 08-80086 CW

1  Alameda County Superior Court.

2       IT IS SO ORDERED.  The parties shall bear their own costs and fees.  The Clerk shall close
3  the file.  The May 7, 2009, hearing is vacated.

5  Dated: 4/28/09

                                      CLAUDIA WILKEN
                                      United States District Judge

ORDER
No. MC 08-80086 CW      2

UNITED STATES DISTRICT COURT
FOR THE
NORTHERN DISTRICT OF CALIFORNIA

IN RE LINDA CHING YING WONG CHAN et al,          Case Number: CV08-80086 CW

_____/   **CERTIFICATE OF SERVICE**

I, the undersigned, hereby certify that I am an employee in the Office of the Clerk, U.S. District Court, Northern District of California.

That on April 28, 2009, I SERVED a true and correct copy(ies) of the attached, by placing said copy(ies) in a postage paid envelope addressed to the person(s) hereinafter listed, by depositing said envelope in the U.S. Mail, or by placing said copy(ies) into an inter-office delivery receptacle located in the Clerk's office.

Linda Ching Ying Wong Chan
1035 Rosewood Way
Alameda, CA 94501

Dated: April 28, 2009
                          Richard W. Wieking, Clerk
                          By: Sheilah Cahill, Deputy Clerk

ORDER
No. MC 08-80086 CW          3